IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTERRA MF, LLC; ARMANDO CODINA, an individual; JAMES CARR, an individual; NORMAN BRAMAN, an individual; 2020 BISCAYNE BOULEVARD, LLC; 2060 BISCAYNE BOULEVARD, LLC; 2060 NE 2ND AVE., LLC; 246 NE 20TH TERRACE, LLC; and NO CASINOS, a Florida 501(c)(4) organization,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case No. 21-cv-2513<br><br>NOTICE OF ERRATA TO PLAINTIFFS' COMPLAINT |

**NOTICE OF ERRATA**

Plaintiffs respectfully submit this errata to their Complaint in order to correct an inadvertent error. Pursuant to Local Civil Rule 5.1(c), Plaintiffs' Complaint should have included in the caption the name and address of each party. Counsel for Plaintiffs apologizes for this error. The business address for each Plaintiff are as follows:

Monterra MF, LLC
    2020 Salzedo Street, Ste. 200
    Coral Gables, FL 33134

Armando Codina:
    2020 Salzedo Street, 5th Floor
    Coral Gables, FL 33134

James Carr:
    2020 Salzedo Street, Ste. 200
    Coral Gables, FL 33134

Norman Braman:
    2060 Biscayne Boulevard, 2nd Floor
    Miami, FL 33731

2020 Biscayne Boulevard, LLC
    2060 Biscayne Boulevard, 2nd Floor
    Miami, FL 33731

2060 Biscayne Boulevard, LLC
    2060 Biscayne Boulevard, 2nd Floor
    Miami, FL 33731

2060 NE 2nd Ave., LLC
    2060 Biscayne Boulevard, 2nd Floor
    Miami, FL 33731

246 NE 20th Terrace, LLC
    2060 Biscayne Boulevard, 2nd Floor
    Miami, FL 33731

No Casinos
    201 South Orange Avenue, Ste. 950
    Orlando, FL 32801

The business address for each Defendant are as follows:

Deb Haaland,
in her official capacity as Secretary of the United States Department of the Interior
    1849 C Street NW
    Washington, DC 20240

The United States Department of the Interior
    1849 C Street NW
    Washington, DC 20240

Dated:  September 30, 2021

/s/ *Eli J. Kay-Oliphant*

| | |
|---|---|
| Glenn Burhans, Jr.* <br> Robert J. Walters* <br> STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON PA <br> Highpoint Center <br> 106 East College Avenue, Suite 700 <br> Tallahassee, FL 32301 <br><br> Eli J. Kay-Oliphant, D.C. Bar No. 503235 <br> eli.kay-oliphant@sparacinopllc.com <br> Ryan R. Sparacino, D.C. Bar No. 493700 <br> ryan.sparacino@sparacinopllc.com <br> SPARACINO PLLC <br> 1920 L Street, NW, Suite 535 <br> Washington, D.C.  20036 <br> (202) 629-3530 | Eugene E. Stearns* <br> Grace L. Mead* <br> Jenea M. Reed* <br> Coral Del Mar Lopez* <br> STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON PA <br> 150 West Flagler Street, Suite 2200 <br> Miami, Florida  33130 <br><br> *Counsel for Plaintiffs* <br><br> *\*Pro hac vice applications forthcoming* |