# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTERRA MF, LLC; ARMANDO CODINA, an individual; JAMES CARR, an individual; NORMAN BRAMAN, an individual; 2020 BISCAYNE BOULEVARD, LLC; 2060 BISCAYNE BOULEVARD, LLC; 2060 NE 2ND AVE., LLC; 246 NE 20TH TERRACE, LLC; and NO CASINOS, a Florida 501(c)(4) organization,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case No. 21-cv-2513 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Plaintiffs Monterra MF, LLC, Armando Codina, James Carr, Norman Braman, 2020 Biscayne Boulevard, LLC, 2060 Biscayne Boulevard, LLC, 2060 NE 2nd Ave., LLC, 246 NE 20th Terrace, LLC, and No Casinos (collectively, "Plaintiffs"), by and through its undersigned counsel, Eli J. Kay-Oliphant, Esq., a member of the Bar of this Court, respectfully move that Grace L. Mead be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1. Grace L. Mead is a lawyer at Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., 150 West Flagler Street, Suite 2200, Miami, FL 33130; Telephone (305) 789-3200.

2. As set forth in the Declaration of Grace L. Mead accompanying this motion, Ms. Mead is a member in good standing of the Florida State Bar and New York State Bar (inactive). Ms. Mead is also a member in good standing of the following federal bars: the U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Eleventh Circuit, U.S. District Court for the Southern District of Florida, U.S. District Court for the Middle District of Florida, U.S. District Court for the Northern District of Florida, U.S. District Court for the Eastern District of Wisconsin, and U.S. District Court for the Southern District of New York. She has not been disciplined by any bar.

3. Ms. Mead has never been admitted *pro hac vice* in this Court.

WHEREFORE, Plaintiffs Monterra MF, LLC, Armando Codina, James Carr, Norman Braman, 2020 Biscayne Boulevard, LLC, 2060 Biscayne Boulevard, LLC, 2060 NE 2nd Ave., LLC, 246 NE 20th Terrace, LLC, and No Casinos, by and through its undersigned counsel, move that this Court enter an Order permitting Grace L. Mead to appear *pro hac vice* in the above-captioned action.

Dated: October 1, 2021                                       Respectfully submitted,

/s/ *Eli J. Kay-Oliphant*
Eli J. Kay-Oliphant, D.C. Bar No. 503235
eli.kay-oliphant@sparacinopllc.com
Ryan R. Sparacino, D.C. Bar No. 493700
ryan.sparacino@sparacinopllc.com
SPARACINO PLLC
1920 L Street, NW, Suite 535
Washington, D.C.  20036
(202) 629-3530

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that on October 1, 2021, I caused to be filed a copy of the foregoing Motion for Admission *Pro Hac Vice* to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

                                                            */s/ Eli J. Kay-Oliphant*
                                                            ELI J. KAY-OLIPHANT

#9873911 v1