# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTERRA MF, LLC; ARMANDO CODINA, an individual; JAMES CARR, an individual; NORMAN BRAMAN, an individual; 2020 BISCAYNE BOULEVARD, LLC; 2060 BISCAYNE BOULEVARD, LLC; 2060 NE 2ND AVE., LLC; 246 NE 20TH TERRACE, LLC; and NO CASINOS, a Florida 501(c)(4) organization, <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, and UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendants. | CASE NO. 21-cv-2513 |

## [PROPOSED ORDER]

Upon consideration of Plaintiffs Monterra MF, LLC, Armando Codina, James Carr, Norman Braman, 2020 Biscayne Boulevard, LLC, 2060 Biscayne Boulevard, LLC, 2060 NE 2nd Ave., LLC, 246 NE 20th Terrace, LLC, and No Casinos' (collectively, "Plaintiffs") Motion for Admission *Pro Hac Vice* for Jenea M. Reed and the accompanying Declaration of Jenea M. Reed, it is hereby

**ORDERED,** that Plaintiffs' Motion for Admission *Pro Hac Vice* is **GRANTED.**

**SO ORDERED** this _____ day of _____ 2021.

_____
United States District Judge