IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTERRA MF, LLC; ARMANDO CODINA, an individual; JAMES CARR, an individual; NORMAN BRAMAN, an individual; 2020 BISCAYNE BOULEVARD, LLC; 2060 BISCAYNE BOULEVARD, LLC; 2060 NE 2ND AVE., LLC; 246 NE 20TH TERRACE, LLC; and NO CASINOS, a Florida 501(c)(4) organization,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case No. 21-cv-2513 |

**DECLARATION OF ROBERT J. WALTERS**

I, Robert J. Walters, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am a lawyer at Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A., 106 E. College Avenue, Suite 700, Tallahassee, FL 32301; Telephone (850) 580-7200.

3. I am admitted, practicing, and in good standing as a member of the Florida State Bar. I am also a member in good standing of the following federal bars: the U.S. Court of Appeals for the Eleventh Circuit, U.S. District Court for the Northern District of Florida, U.S. District Court for the Middle District of Florida and the U.S. District Court for the Southern District of Florida.

4. I have never been disciplined by any bar.

5. I have never been admitted *pro hac vice* in this Court.

Pursuant to U.S. Code §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 29, 2021

_____
Robert J. Walters

#9873953 v1