AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Monterra MF, LLC et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-CV-2513-DLF |
| Deb Haaland, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants                                                                .

Date:   10/01/2021

/s/ Rebecca M. Ross
*Attorney's signature*

Rebecca M. Ross, AZ No. 028041
*Printed name and bar number*
United States Department of Justice
Environment and Natural Resources Division
Indian Resources Section
P.O. Box 7611, Washington, DC 20044

*Address*

rebecca.ross@usdoj.gov
*E-mail address*

(202) 616-3148
*Telephone number*

(202) 305-0275
*FAX number*