IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTERRA MF, LLC; ARMANDO CODINA, an individual; JAMES CARR, an individual; NORMAN BRAMAN, an individual; 2020 BISCAYNE BOULEVARD, LLC; 2060 BISCAYNE BOULEVARD, LLC; 2060 NE 2ND AVE., LLC; 246 NE 20TH TERRACE, LLC; and NO CASINOS, a Florida 501(c)(4) organization,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case No. 21-cv-2513-DLF |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), Coral Del Mar Lopez, Esq., of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Museum Tower, Suite 2200, 150 West Flagler Street, Miami, Florida 33130, enters her appearance as counsel for Plaintiffs Monterra MF, LLC, Armando Codina, James Carr, Norman Braman, 2020 Biscayne Boulevard, LLC, 2060 Biscayne Boulevard, LLC, 2060 NE 2nd Ave., LLC, 246 NE 20th Terrace, LLC, and No Casinos, (collectively, "Plaintiffs"), and requests that all memoranda, notices, orders, pleadings, and publicly-filed materials concerning this case be forwarded to her.

Date:  October 5, 2021

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida  33130
Telephone: 305-789-3200
Facsimile:  305-789-3395


By: /s/ *Coral Del Mar Lopez*
Eugene E. Stearns*
Florida Bar No. 0149335
estearns@stearnsweaver.com
Grace L. Mead*
Florida Bar No. 49896
gmead@stearnsweaver.com
Jenea M. Reed*
Florida Bar No. 84599
jreed@stearnsweaver.com
Coral Del Mar Lopez*
Florida Bar No. 1022387
clopez@stearnsweaver.com

Glenn Burhans, Jr.*
Florida Bar No. 605867
gburhans@stearnsweaver.com
Robert J. Walters*
Florida Bar No. 1024733
rwalters@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Telephone: (950)329-4850

*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that on October 5, 2021, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

      */s/ Coral Del Mar Lopez*
      CORAL DEL MAR LOPEZ