IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTERRA MF, LLC, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEB HAALAND, in her official capacity as Secretary of the United States Department of The Interior, et al., <br><br> *Federal Defendants*. | Civil Action No. 1:21-cv-02513-DLF |

**NOTICE OF FILING OF THE
CERTIFIED LIST OF THE CONTENTS OF
THE ADMINISTRATIVE RECORD**

Federal Defendants Deb Haaland, in her official capacity as Secretary of the Interior, and the United States Department of the Interior, by and through their undersigned counsel, hereby file the certified list of the contents of the Administrative Record for the above-captioned case.

Copies of the documents contained in the Administrative Record have been provided to counsel for Plaintiffs and the Seminole Tribe of Florida concurrently herewith.

Respectfully submitted this 9th day of November, 2021.

                                                      TODD KIM
                                                      Assistant Attorney General
                                                      Environment and Natural Resources Division

                                                      */s/ Rebecca M. Ross*
                                                      REBECCA M. ROSS, Trial Attorney
                                                      HILLARY K. HOFFMAN, Trial Attorney
                                                      Indian Resources Section
                                                      Environment and Natural Resources Division
                                                      United States Department of Justice

| | |
|---|---|
| OF COUNSEL:<br>JODY H. SCHWARZ<br>Senior Attorney<br>Office of the Solicitor<br>Division of Indian Affairs | P.O. Box 7611, Ben Franklin Station<br>Washington, DC 20044<br>Telephone:  (202) 616-3148<br>rebecca.ross@usdoj.gov<br>hillary.hoffman@usdoj.gov<br>*Attorneys for Federal Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2021, I filed the foregoing NOTICE OF FILING OF THE CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD to be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

     /s/ *Rebecca M. Ross*
REBECCA M. ROSS, Trial Attorney
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONTERRA MF, LLC, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEB HAALAND, in her official capacity as Secretary of the United States Department of The Interior, et al., | Civil Action No. 1:21-cv-02513-DLF |

**DEFENDANTS' CERTIFICATION OF ADMINISTRATIVE RECORD**

I Paula L. Hart, hereby declare, and state as follows:

1. I am the Director of the Office of Indian Gaming (OIG) at the United States Department of the Interior (Department). I have held this position since 2010. The Secretary of the Interior (Secretary) has delegated her authority pertaining to Indian Affairs matters to the Assistant Secretary – Indian Affairs (Assistant Secretary). The Assistant Secretary has delegated certain Indian gaming-related matters to OIG's Director, who is the most senior official in OIG.

2. As the Director, I am responsible for, among other things, the collection and maintenance of documents related to the Department's decisions to approve, disapprove, or allow to be approved by operation of law tribal-state gaming compacts and compact amendments.

3. On or about June 21, 2021, OIG received the executed Compact between the Seminole Tribe of Florida and the State of Florida, which was submitted to the Secretary for her approval under the Indian Gaming Regulatory Act (IGRA), 25 U.S.C. § 2710(d)(8). The Secretary neither approved nor disapproved the Compact within 45 days of the date that it was

1

received and, therefore, it was "considered to have been approved by the Secretary … to the extent the compact is consistent with the provisions of [IGRA]". 25 U.S.C. § 2710(d)(8)(C).

4. I certify that the documents contained in the attached index constitute, to the best of my knowledge, the complete administrative record with respect to this matter. Confidential financial and proprietary business materials have been redacted or withheld from documents and materials comprising the Administrative Record in this matter.

Pursuant to 28 U.S.C. § 1746, I, Paula L. Hart, declare under penalty of perjury that under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9, 2021

*PAULA HART* (Digitally signed by PAULA HART, Date: 2021.11.09 17:11:54 -05'00')

_____
Paula L. Hart, Director
Office of Indian Gaming
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

*West Flagler Assoc., Ltd. et al. v. Haaland et al.*, No. 21-CV-2192 (DDC)
*Monterra MF, LLC et al. v. Haaland et al.*, No. 21-CV-2513 (DDC)

**Administrative Record Index**

| Begin Bates Number | Doc Date | From | To | Doc Type | Doc Description | Basis for Redactions |
|---|---|---|---|---|---|---|
| AR001 | 6/2/2021 | Mayor Dan Gelber, Miami Beach, Florida | Deb Haaland, Secretary of the Interior, and Principal Deputy Assistant Secretary-Indian Affairs Bryan Newland | Letter | Letter of opposition to Seminole Compact | |
| AR010 | 6/9/2021 | No Casinos | Principal Deputy Assistant Secretary - Indian Affairs Bryan Newland | Letter | Letter setting forth opposition to proposed Class III Gaming Compact between the State of Florida and the Seminole Tribe of Florida | |
| AR015 | 6/21/2021 | Seminole Tribe of Florida | Paula Hart, Director of Office of Indian Gaming | Compact Submission | Letter transmitting Tribal-State Gaming Compact between the Seminole Tribe and the State of Florida; Seminole Tribal Council Resolution; Florida Ratification Legislation; and Overview of Key Changes | |
| AR113 | 6/21/2021 | Jim Shore, General Counsel, Seminole Tribe of Florida | Paula Hart, Director of Office of Indian Gaming | Letter | Letter setting forth the Tribe's economic and legal justification related to the Compact | *See* Certification |

| Begin Bates Number | Doc Date | From | To | Doc Type | Doc Description | Basis for Redactions |
|---|---|---|---|---|---|---|
| AR227 | 6/22/2021 | Cecile M. Scoon, President, League of Women Voters of Florida | Deb Haaland, Secretary of the Interior | Letter | Letter of opposition to Seminole Compact | |
| AR228 | 6/22/2021 | James Siva, Chairman, California Nations Indian Gaming Association | Bryan Newland, Principal Deputy Assistant Secretary, Indian Affairs, and Paula Hart, Director, Office of Indian Gaming | Letter | Provides CNIGA's support for the 2021 Gaming Compact | |
| AR230 | 6/24/2021 | Philip Bristol, Acting for Paula Hart, Director of Office of Indian Gaming | Chairman Marcellus Osceola, Jr., Seminole Tribe of Florida | Letter | Request for additional information regarding Seminole Compact | |
| AR232 | 6/24/2021 | Philip Bristol, Acting for Director, Office of Indian Gaming | Ron DeSantis, Governor, State of Florida | Letter | Request for additional information regarding Seminole Compact | |
| AR234 | 7/6/2021 | Office of Indian Gaming | | Calendar Entry | Meeting with Seminole Tribe | |
| AR235 | 7/7/2021 | Office of Indian Gaming | | Calendar Entry | Meeting with Seminole Tribe | |

| Begin Bates Number | Doc Date | From | To | Doc Type | Doc Description | Basis for Redactions |
|---|---|---|---|---|---|---|
| AR236 | 7/9/2021 | Office of Indian Gaming | | Calendar Entry | Meeting with Seminole Tribe | |
| AR237 | 7/13/2021 | Marcellus W. Osceola, Jr., Chairman, Seminole Tribe of Florida | Paula Hart, Director of Office of Indian Gaming | Letter | Response to questions on Compact | |
| AR241 | 7/13/2021 | Jim Shore, General Counsel, Seminole Tribe of Florida | Paula Hart, Director of Office of Indian Gaming | Letter | Supplemental Economic Justification | *See* Certification |
| AR259 | 7/21/2021 | Hamish P.M. Hume, Boies Schiller Flexner | Secretary Deb Haaland c/o Paula Hart, Director of Office of Indian Gaming | Letter | Provides West Flagler Associates, Ltd's and Bonita-Fort Myers Corporation's opposition to the 2021 Gaming Compact | |