# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MONTERRA MF, LLC *et al.*,

    *Plaintiffs*,

  v.

DEB HAALAND,
Secretary, U.S. Department of the Interior, *et al.*,

    *Defendants.*

No. 21-cv-2513 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiffs' Motion for Summary Judgment, Dkt. 37, is **DENIED** as moot. It is further

**ORDERED** that the plaintiffs' Motion for Order to Supplement the Record, Dkt. 48, is **DENIED** as moot. It is further

**ORDERED** that the Seminole Tribe of Florida's Motion for Limited Intervention, Dkt. 31, is **DENIED** as moot. It is further

**ORDERED** that the defendants' Motion to Dismiss, Dkt. 35, is **DENIED**.

The Clerk of Court is directed to close this case.

_____
DABNEY L. FRIEDRICH
United States District Judge

November 22, 2021